IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWAYNE MEREDITH,

      Petitioner,                No. 2:10-cv-1395 JFM (HC)

   vs.

SUPREME COURT OF THE
STATE OF CALIFORNIA, et al.,

      Respondents.          <u>ORDER</u>

                                   /

         Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 28, 2011, the undersigned issued an order denying petitioner's motion for an evidentiary hearing. On February 9, 2011, petitioner filed a motion for reconsideration. Therein, petitioner incorrectly assumes his petition for writ of habeas corpus was denied and this matter was dismissed. Petitioner is advised that the order issued by this court did nothing more than deny the motion for an evidentiary hearing. This case is not closed. Insofar as petitioner seeks to stay this matter pending exhaustion of certain claims in state court, he shall file a motion to stay.

/////

/////

Accordingly, IT IS HEREBY ORDERED that petitioner's motion for reconsideration is denied.

DATED: February 14, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

/014;mere1395.recons