IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWAYNE MEREDITH,

      Petitioner,               No. 2:10-cv-1395 JFM (HC)

    vs.

RAUL LOPEZ, *Warden*,

      Respondent.         ORDER

                              /

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. This matter is before the undersigned on the consent of the parties. See 28 U.S.C. § 636(c)(1).

        On March 2, 2011, petitioner filed a motion for stay and abeyance pending exhaustion of two claims. On May 2, 2011, petitioner filed a motion for court order directing the Clerk of the Court to serve a copy of the motion to stay on respondent. On May 5, 2011, respondent, obviously in receipt of the motion to stay, filed an opposition to the motion. On June 13, 2011, petitioner filed a reply. The motion to stay was denied on June 30, 2011.

/////

/////

/////

Since respondent was in receipt of the motion to stay, petitioner's May 2, 2011 motion was moot.  Accordingly, IT IS HEREBY ORDERED that petitioner's May 2, 2011 motion for court order is DENIED.

DATED: September 13, 2011.

                                          UNITED STATES MAGISTRATE JUDGE

/014;mere1395.jo