IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWAYNE MEREDITH,

    Petitioner,        No. 2:10-cv-1395 JFM (HC)

  vs.

RAUL LOPEZ, *Warden*,

    Respondent.        <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. This matter is before the undersigned on the consent of the parties. <u>See</u> 28 U.S.C. § 636(c)(1).

        On March 2, 2011, petitioner filed a motion for stay and abeyance pending exhaustion of two claims. On May 31, 2011, petitioner filed a motion to strike his unexhausted claims. On June 13, 2011, petitioner filed a motion which the undersigned construed as a motion to withdraw the motion to strike. On June 30, 2011, the motion to withdraw was granted and the motion to stay was denied.

        On July 5, 2011, petitioner filed a motion for court order directing the Clerk of the Court to modify the docket to reflect his withdrawal of the May 31, 2011 motion to strike. Because the motion to strike was deemed withdrawn by the undersigned in the June 30, 2011 order, this motion will be denied.

1

Accordingly, IT IS HEREBY ORDERED that petitioner's July 5, 2011 motion for court order is denied.

DATED: September 13, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

/014;mere1395.jo(2)